JOHN S. KELLNER, Appellant, v. EDWARD KENER, JR., Respondent.— Motion to amend order of affirmance by making additional findings of fact denied, with ten dollars costs.    Motion for leave to appeal to Court of Appeals denied.

ROBERT W. LOCKWOOD, Respondent, v. BLAKE B. BABCOCK, Appellant. — Motion granted and appeal dismissed, with costs.

LOUIS W. EMERICK, Plaintiff, v. GEORGE JOHNSTON and Others, Defendants.    M. GERTRUDE JOHNSTON and Others, Respondents; FIRST NATIONAL BANK OF FULTON, Appellant.— Motion granted and appeal dismissed, with costs.

MARGARET A. YOUNG and Another, Respondents, v. JESSE S. PHILLIPS, as State Superintendent of Insurance, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

CHARLES H. SMITH, Respondent, v. FRED ALLARD, Appellant.— Motion granted and appeal dismissed, with costs.

THEW WRIGHT, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

CHARLES W. HUGHES, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

ROGER G. WILLIAMS, by Guardian, etc., Respondent, v. DAVID DONALDSON and Others, Appellants.— Motion granted, and appeal from judgment and two orders denying motions for new trial dismissed, with costs.

JOHN P. BROWN, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by November first and printed briefs by November sixth.

FRANK L. NARES, Respondent, v. CORNING AND PAINTED POST STREET RAILWAY, Appellant.— Motion to dismiss appeal denied.

LUCY FALK, as Administratrix, etc., Respondent, v. CORNING AND PAINTED POST STREET RAILWAY, Appellant.— Motion to dismiss appeal denied.

JOHN I. JOHNSON, Appellant, v. BOWERS M. PHELPS, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by November eighth and be ready for argument on November fifteenth.

LEON H. MARCY, as Receiver, etc., Respondent, v. CITY OF SYRACUSE, Appellant.— Motion to dismiss appeal granted, unless appellant shall [file] and serve printed briefs by October twenty-first, pay to respondent's attorneys ten dollars and be ready for argument November fifteenth.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES KIEHM and Others, Relators, v. THE BOARD OF EDUCATION OF THE CITY OF UTICA and Others, Respondents.— Motion to put case over term denied, and case set down for argument on October eighteenth.